RECEIPT # 57448
AMOUNT $ 150-
SUMMONS ISSUED ✓
LOCAL RULE 4.
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. 98
DATE 7-21-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

TRUSTEES OF THE PLUMBERS AND GASFITTERS'
LOCAL UNION NO. 12 WELFARE, PENSION,
ANNUITY, VACATION & XMAS and FRINGE
BENEFIT FUNDS; PLUMBERS AND GASFITTERS
LOCAL 12; AND PLUMBERS' UNION LOCAL NO.
12 LABOR MANAGEMENT COOPERATION TRUST
FUND

Plaintiffs

VS.

GERALD B. McHALE d/b/a KDL PLUMBING

Defendant

Civil Action No.

04 - 11622 GAO

MAGISTRATE JUDGE Cohen

July 21, 2004

---

## COMPLAINT

**(ERISA Action for Collection of Delinquent Contributions
and Late Fees Owed Pursuant to a Collective Bargaining
Agreement and Trust Agreement)**

1.  This is an action under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 USC §1001, et seq., as amended by the Multi-Employer Pension Plan Amendments Act, 29 U.S.C. §1381 et seq., and the Labor Management Relations Act of 1947, 29 U.S.C. § 185 brought on behalf of the Trustees of the Plumbers and Gasfitters' Local Union No. 12 Welfare, Pension, Annuity, Vacation & Xmas and Fringe Benefit Funds; Plumbers and Gasfitters Local 12; and Plumbers' Union Local No. 12 Labor Management Cooperation Trust Fund (the "Plaintiffs") for damages

arising from unpaid Funds contributions owed and those that will become owing during the pendency of this lawsuit.

2. This Court has jurisdiction, and venue lies in this District pursuant to 29 U.S.C. § 1132(e)(1) and (2) and 29 U.S.C. § 185(c).

3. The Defendant, Gerald McHale, does business as KDL Plumbing as a plumbing contractor, and is an "employer" within the meaning of 29 U.S.C. §1002(5) with a principal place of business located at 51 Green Street, Weymouth, Massachusetts 02101 and is an employer in an industry affecting commerce within the meaning of 29 U.S.C. § 142(1) and § 152 (2), (6) and (7). Defendant Gerald McHale resides at 51 Green Street, Weymouth, Massachusetts 02101, the same address from which he conducts business as KDL Plumbing.

4. Gerald McHale, is a sole proprietor doing business as KDL Plumbing and is, therefore, personally liable for the delinquent contributions, late fees, costs and attorney's fees claimed in this Complaint.

5. Defendant Gerald McHale d/b/a KDL Plumbing is a member of the Greater Boston Association of Plumbing, Heating, Cooling Contractors, Inc. (hereinafter "Association") and has assigned his bargaining rights to the Association for purposes of negotiating a Collective Bargaining Agreement with Plumbers and Gasfitters Local 12 and the United Association of Plumbers and Gasfitters (hereinafter the "Union"). Gerald McHale d/b/a/ KDL Plumbing is, therefore, a party to and

2

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

bound by the Collective Bargaining Agreement (hereinafter "CBA") between the Association and the Union.

6. Plaintiffs Trustees of the Plumbers and Gasfitters' Local Union No. 12 Welfare, Pension, Annuity, Vacation & Xmas and Fringe Benefit Funds (the "Funds") are third-party beneficiaries of the CBA between the Association and the Union.

7. Plaintiffs, Trustees of the Plumbers and Gasfitters' Local Union No. 12 Welfare, Pension, Annuity, Vacation & Xmas and Fringe Benefit Funds (the "Funds"), are "fiduciaries" within the meaning of Section 502(a)(3) of ERISA, 29 U.S.C. §1002(37)(A) and each is an "employee benefit plan" or "plan" within the meaning of Section 3(3) of ERISA, 29 U.S.C., §1002(3). The Funds have their principal office at and are administered from 1230-1236 Massachusetts Avenue, Boston, Massachusetts 02125.

8. Plaintiff Plumbers and Gasfitters Local 12 (the "Union"), is a "labor organization" within the meaning of 29 U.S.C. §152(5).

9. Plaintiff, Plumbers' Union Local No. 12 Labor Management Cooperation Trust Fund (the "LMCT"), is a joint Labor Management Committee within the meaning of the Labor Management Cooperation Act of 1978, Section 6, Public Law 95-524 - Oct. 27, 1978, § 392 (c) (9) of the Labor Management Relations ("Taft-Hartley") Act, 29 U.S.C. § 186 (c)(9) so as to permit employer contributions. The LMCT is a non-profit labor trust within the meaning of the Internal Revenue Code, 26 U.S.C. § 501(c)(5).

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

## COUNT I: ERISA

10. At all material times, Defendant is obligated by the terms of the Collective Bargaining Agreement between Defendant and the Union and by the terms of the Funds' Agreement and Declaration of Trust to which Defendant is bound to submit monthly remittance reports to the Plaintiff Funds by the fifteenth (15th) day of the month following the month during which the work was performed, documenting each hour worked by its employees who performed plumbing jobs in covered employment and calculating the contributions owed to the Funds.

11. At all material times, Defendant is obligated by the terms of the Collective Bargaining Agreement between Defendant and the Union and by the terms of the Funds' Agreement and Declaration of Trust to which Defendant is bound to make contributions to the Plaintiff Funds by the fifteenth (15th) day of the month following the month during which the work was performed for each hour worked by its employees who performed plumbing jobs in covered employment.

12. Defendant's last payment to the Funds was for the month of March 2004. Since that time, Defendant has failed to make required contributions to the Plaintiff Funds in violation of Section 515 of ERISA, 29 U.S.C. § 1145. Defendant has failed to submit a timely remittance report for the month of June 2004, but based upon its pattern of delinquency, it is assumed, at this time, that the contributions due for June 2004 are approximately the same as for April and May 2004. According to the monthly

4

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

remittance reports submitted by the Defendant to the Funds, Defendant is presently delinquent in contributions owed to the Funds as follows:

| | |
|---|---|
| **April 2004:** | $7,128.20 |
| **May 2004:** | $4,372.48 |
| **June 2004:** | <u>$7,128.20</u> (estimated) |
| **TOTAL:** | $18,628.88 |

13.  Each month in which a delinquency arose, Plaintiff Funds forwarded demand correspondence to Defendant requesting payment of the delinquent contributions and explaining that failure to submit contributions would result in litigation in which Defendant would be required to pay the delinquent contributions, plus interest, costs and attorney's fees.

14.  On August 15, 2004, Defendant will also owe the remittance report and contributions for the month of July 2004. This lawsuit claims all delinquencies noted in Paragraph 12 above and all delinquencies that will become due during the pendency of this lawsuit.

15.  Each month, Plaintiff Funds forwarded demand correspondence to the Defendant requesting payment for the contributions owed to the Funds and have repeatedly explained that failure to forward payment would result in late fee charges consistent with the terms of the Collective Bargaining Agreement and the Collection Procedures of the Funds. As of July 1, 2004, Defendant owed the Funds *$1,379.18* in late fees on delinquencies. Delinquencies will result in the accrual of additional late fees during the pendency of this litigation.

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

## COUNT II: LABOR MANAGEMENT RELATIONS ACT

16. Plaintiffs hereby incorporate by reference the above Paragraphs 1-15.

17. This Court has jurisdiction over this claim pursuant to 29 U.S.C. § 185 and 28 U.S.C. § 1331.

18. Plumbers and Gasfitters' Local 12 and Defendant are parties to a Collective Bargaining Agreement that is a contract within the meaning of 29 U.S.C. § 185(a).

19. Defendant is obligated by the terms of the Collective Bargaining Agreement to make certain dues deductions from net wages to Plaintiff, Plumbers and Gasfitters Local 12.

20. Defendant has failed to remit the required dues deductions.

21. By the above actions, Defendant has violated the parties' Collective Bargaining Agreement.

## COUNT III: LABOR MANAGEMENT RELATIONS ACT

22. Plaintiffs hereby incorporate by reference the above Paragraphs 1-21.

23. This Court has jurisdiction over this claim pursuant to 29 U.S.C. § 185 and 28 U.S.C. § 1331.

24. Plumbers and Gasfitters Local 12 and Defendant are parties to a Collective Bargaining Agreement that is a contract within the meaning of 29 U.S.C. § 185(a).

6

25.  Defendant is obligated by the terms of the Collective Bargaining Agreement to make certain contributions to the Plumbers' Union Local No. 12 Labor Management Cooperation Trust Fund ("LMCT").

26.  Defendant has failed to remit the required LMCT contributions.

27.  By the above actions, Defendant has violated the parties' Collective Bargaining Agreement.

## COUNT IV: ERISA – Action to Enjoin Defendant from Violating Terms of the Plans

28.  Plaintiffs hereby incorporate by reference the above Paragraphs 1-27.

29.  Pursuant to the CBA and the terms of the Plans, Defendant is obligated to purchase a fringe benefit bond or provide some other security acceptable to the Trustees to protect the assets of the Funds and the Funds' participants in the event that Defendant is unable to pay delinquent contributions owed to the Funds.

30.  Defendant has allowed his fringe benefit bond to lapse and has failed to renew the bond.

31.  Plaintiffs, as fiduciaries, request an Order from the Court pursuant to Section 502 (3) of ERISA to enjoin Defendant from ignoring his obligations under the CBA and the Funds' collection procedures and to obtain a fringe benefit payment bond to the Plaintiff Trustees immediately.

WHEREFORE, Plaintiffs demand that judgment enter against Defendant Gerald McHale d/b/a KDL Plumbing in accordance with Section 502 of ERISA, 29 U.S.C. § 1132(g)(2), and 29 USC § 185:

7

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

1. Awarding the Plaintiffs the following:

   (a) All unpaid contributions, including those for the period of April 2004 through June 2004 as follows:

   | | |
   |---|---|
   | **April 2004:** | $7,128.20 |
   | **May 2004:** | $4,372.48 |
   | **June 2004:** | <u>$7,128.20</u> (estimated) |
   | **TOTAL:** | $18,628.88 |

   (b) Delinquent late fees:    $1,379.18

   **[Total of (a) through (b):   $<u>20,008.06</u>]**

   (c) Any additional delinquent contributions and late fees that become due during the pendency of this lawsuit;

   (d) Interest on delinquent payments from the date of this lawsuit through the date of final payment;

   (e) Liquidated damages in an amount equal to the greater of interest on unpaid contributions or twenty percent (20%) of the unpaid contributions;

   (f) All costs and reasonable attorney's fees incurred by the Plaintiffs in connection with this action; and

2. An Order permanently enjoining the Defendant from violating its obligations under the terms of its Collective Bargaining Agreement with the Plumbers and Gasfitters Local 12 and the Agreement and Declaration of Trust to submit timely contributions and reports to the Plaintiffs; and

3. An Order permanently enjoining the Defendant from violating its obligations under the terms of its Collective Bargaining Agreement with the Plumbers and Gasfitters Local 12 and the Agreement and Declaration of Trust and requiring

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

Defendant to provide an appropriate fringe benefit bond to the Plaintiff Trustees immediately; and

    4.    Ordering such other and further relief as this Court may deem just and proper.

Dated: <u>July 21, 2004</u>

    Respectfully submitted,

    _____
    Attorney for Plaintiffs

    John M. Brown, Esq.
    ROBERT M. CHEVERIE &
     ASSOCIATES, P.C.
    333 East River Drive, Suite 101
    East Hartford, CT 06108
    (860) 290-9610
    BBO# 651103

9

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Complaint has been served by certified mail, as required by Section 502(h) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132(h), this 21st day of July 2004, on the following:

Secretary of the Treasury
INTERNAL REVENUE SERVICE
P. O. Box 13163
Baltimore, MD 21203
Attn:    **Employee Plans**

Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C. 20210
Attn:    **Assistant Solicitor for Plan Benefits Security**

John M. Brown

*JTF.12 FUNDS.KDL PLUMBING.2002*
*Complaint.07-21-04*

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

JS 44
(Rev. 7/95)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM).

**I (a) PLAINTIFFS**
TRUSTEES OF THE PLUMBERS AND GASFITTERS' LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY, VACATION & XMAS and FRINGE BENEFIT FUNDS; AND PLUMBERS AND GASFITTERS LOCAL 12; AND PLUMBERS' UNION LOCAL NO. 12 LABOR MANAGEMENT COOPERATION TRUST FUND

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Suffolk
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**
GERALD B. McHALE d/b/a KDL PLUMBING

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Norfolk
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(C)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Robert M. Cheverie, Esq.
ROBERT M. CHEVERIE & ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108    (860) 290-9610

ATTORNEYS (IF KNOWN)
04-11622 GAO

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Breach of Collective Bargaining Agreement and to collect contributions due to Plaintiffs' Funds under ERISA, 29 U.S.C. Sections 185 and 29 U.S.C., Section 1002 et. seq.

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310\ Airplane | ☐ 362 Personal Injury – Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury – Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 hia (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405)(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | | |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☒ 791 Empl. Ret. Inc. Security Act | | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Other (including 1983 Actions) | | | ☐ 890 Other Statutory Actions |

**VI. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $30,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY:** (See Instructions):
JUDGE_____   DOCKET NUMBER_____

DATE
July 21, 2004

SIGNATURE OF ATTORNEY OF RECORD
John M. Brown, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Trustees of the Plumbers and Gasfitters' Local Union No. 12 Welfare Fund, et al v. Gerald B. McHale d/b/a KDL Plumbing

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LIST ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1))

   ___  I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT

   _X_  II.  195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720, 730,
             740, 790, [791], 820, 830, 840, 850, 890, 892-894, 895, 950.

   ___  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

   ___  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

   ___  V.   150, 152, 153.

   04 - 11622 GAO

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E))
   None

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT? No

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? No
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403)
   N/A

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? No

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY)? (SEE LOCAL RULE 40.1(C)) YES ___ OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? (SEE LOCAL RULE 40.1(D)) YES ___

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? YES ___
   (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? ___

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? ___

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION ___ OR WESTERN SECTION ___

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME    John B. Brown    ROBERT M. CHEVERIE & ASSOCIATES, P.C.
ADDRESS    333 East River Drive, Suite 101, East Hartford, CT 06108
TELEPHONE NO.    (860) 290-9610

(COVER.SHT-08/90)                                                APPENDIX C
Effective September 1, 1990