AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

------DISTRICT OF------

MASSACHUSETTS

TRUSTEES OF THE PLUMBERS AND
GASFITTERS' LOCAL UNION NO. 12
WELFARE, PENSION, ANNUITY, VACATION &
XMAS and FRINGE BENEFIT FUNDS;
PLUMBERS AND GASFITTERS LOCAL 12; AND
PLUMBERS' UNION LOCAL NO. 12 LABOR
MANAGEMENT COOPERATION TRUST FUND

**SUMMONS IN A CIVIL CASE**

V.

GERALD B. McHALE d/b/a KDL PLUMBING

CASE NUMBER:

**04 - 11622 GAO**

TO: (Name and address of defendant)

Gerald B. McHale d/b/a KDL Plumbing
Business and Residence: 51 Green Street, Weymouth, MA 02101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. Brown, Esq.
**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108-4203

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

7-21-04

DATE

(BY) DEPUTY CLERK



**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

Norfolk, ss.

July 28, 2004

I hereby certify and return that on 7/26/2004 at 02:17 pm I served a true and attested copy of the summons, complaint and civil action cover sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Gerald B. McHale dba KDL Plumbing, 51 Green Street  North Weymouth, MA  02191 and by mailing first class mail to the above-mentioned address on 7/26/2004.  Basic Service Fee ($20.00), Copies-Attestation ($10.00), Conveyance ($1.50), Postage and Handling ($3.00), Travel ($8.96) Total Charges $43.46

_____
Deputy Sheriff

**Deputy Sheriff Ronald Goguen**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

☐ Return unexecuted:_____

☐ Other (specify):_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                              Signature of Server

_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure