FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 OCT 25  P 3: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

TRUSTEES OF THE PLUMBERS AND GASFITTERS'
LOCAL UNION NO. 12 WELFARE, PENSION,
ANNUITY, VACATION & XMAS and FRINGE
BENEFIT FUNDS; PLUMBERS AND GASFITTERS
LOCAL 12; AND PLUMBERS' UNION LOCAL NO.
12 LABOR MANAGEMENT COOPERATION TRUST
FUND

Plaintiffs

VS.

GERALD B. McHALE d/b/a KDL PLUMBING

Defendant

Civil Action No.
04-11622 GAO

October 22, 2004

---

## MOTION FOR DEFAULT FOR FAILURE TO PLEAD

The Plaintiffs in the above-captioned action hereby represent that the time limit for responding to their Complaint has passed and that the Defendant, Gerald B. McHale d/b/a KDL Plumbing, has failed to respond to the Plaintiffs' Complaint as required by Rule 12(a) of the Federal Rules of Civil Procedure.

WHEREFORE, the Plaintiffs, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, respectfully move this Court to enter default against said Defendant for failure to plead.

THE PLAINTIFFS,

By: /s/ John M. Brown

John M. Brown, Esq.
ROBERT M. CHEVERIE
 & ASSOCIATES, P.C.
333 East River Drive Suite 101
East Hartford, CT 06108
Tele. No.: (860) 290-9610
BBO # 651103
THEIR ATTORNEY

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Default for Failure to Plead has been mailed, first-class and postage prepaid, this 22nd day of October 2004 to the following business and residence address:

Gerald B. McHale d/b/a KDL Plumbing
51 Green Street
Weymouth, MA 02101

JOHN M. BROWN

JTF.12 FUNDS.KDL PLUMBING.2004
Motion for Default for Failure to Reply.10.22.04

3