UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**TRUSTEES OF THE PLUMBERS AND GASFITTERS' LOCAL 12 FUNDS**</u>

CIVIL ACTION

**Plaintiff**

NO. <u>04-11622-GAO</u>

V.

<u>**GERALD B. MCHALE D/B/A KDL PLUMBING**</u>
**Defendant**

### NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>TRUSTEES OF THE PLUMBERS...</u> for an order of Default for failure of the Defendant, <u>GERALD B MCHALE</u> <u>    </u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u> 11 </u> day of <u>JANUARY, 2005</u> .

TONY ANASTAS
CLERK OF COURT

By:   <u>PAUL S. LYNESS</u>
Deputy Clerk

**Notice mailed to:   JOHN M BROWN**

**(Default Notice.wpd - 2/2000)** **[ntcdflt.]**