UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND GASFITTERS' LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY, VACATION & XMAS and FRINGE BENEFIT FUNDS; PLUMBERS AND GASFITTERS LOCAL 12; AND PLUMBERS' UNION LOCAL NO. 12 LABOR MANAGEMENT COOPERATION TRUST FUND<br><br>Plaintiffs<br><br>VS.<br><br>GERALD B. McHALE d/b/a KDL PLUMBING<br><br>Defendant | Civil Action No.<br>04-11622 GAO<br><br><br><br><br><br>January 19, 2005 |

## NOTICE OF WITHDRAWAL OF COMPLAINT

Pursuant to F.R.C.P. Rule 41(a), the Plaintiff Funds Trustees hereby withdraw the instant Complaint, without prejudice, as the Defendant has entered into a settlement agreement relative to the contributions at issue in the Complaint. Additionally, Defendant has not filed an Answer or any responsive pleadings to the Complaint and, therefore, voluntary dismissal pursuant to F.R.C.P. 41(a) is appropriate.

Respectfully submitted,

John M. Brown, Esq.
ROBERT M. CHEVERIE &
  ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108
Tele. No.: (860) 290-9610
BBO# 651103

_____
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Withdrawal of Complaint has been mailed first class and postage prepaid this 19th day of January 2005 to the following business and residential address:

FILED
IN CLERKS OFFICE
2005 JAN 25 P 3:38
U.S. DISTRICT COURT
DISTRICT OF MASS

Gerald B. McHale d/b/a KDL Plumbing
51 Green Street
Weymouth, MA 02101

_____
JOHN M. BROWN

JTF.12FUNDS.KDL PLUMBING.2005
Withdrawal of Complaint.1-19-05